AO 458 (Rev. 11/04 DC)-Appearance

# United states District Court
# ior the District of Columbia

SHARMAYNE COSBY, et al.

Plaintiff(s)                    APPEARANCE

vs.                    CASE NUMBER    1 :07CV00258

FRANCIS D. BURKE, et at.

Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of   <u>Michael A.  Giacomazza</u>       as counsel in this
                                    (Attorney's Name)

case for:  Francis D. Burke, SA, Inc., Henry C. Cashen, II, D. Richard Thissen, The Kriegsfeld Corporation, Semandra Williams, Michael
          Datcher, Parkland East Apartment Associates, Parkland West Apartment Associates, and Southview West Apartments Associates
                        (Name of party or parties)

| | |
|---|---|
| April 19, 2007 | |
| Date | Signature |
| | Michael A. Giacomazza |
| 462435 | Print Name |
| BAR IDENTIFICATION | 401 N. Charles Street |
| | Address |
| | Baltimore ,    MD      21201 |
| | City          State          Zip Code |
| | 410-727-2443 |
| | Phone Number |