```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

|  |  |
|---|---|
| **SHARMAYNE COSBY, et al.,** ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> **FRANCIS D. BURKE, et al.,** ) <br> ) <br> Defendants. ) | Civil Action No. 07-258 (RWR) |

### ORDER TO SHOW CAUSE

Defendants' counsel entered an appearance on behalf of all defendants on April 19, 2007, but no answer has been filed. Plaintiffs have not sought default or filed a motion for default judgment. Accordingly, it is hereby

ORDERED that on or before June 29, 2007, plaintiffs shall show cause in writing why this case should not be dismissed for failure to prosecute.

SIGNED this 19th day of June, 2007.

/s/
RICHARD W. ROBERTS
United States District Judge