UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Civil Division)

| | |
|---|---|
| SHARMAYNE COSBY, et al., : | |
| Plaintiffs, : | |
| v. : | Civil Action No. 07-258 (RWR) |
| : | |
| FRANCIS D. BURKE, et al., : | |
| Defendants. : | |
| _____ : | |

**<u>PLAINIFF'S RESPONSE TO ORDER TO SHOW CAUSE</u>**

COMES NOW. Plaintiff, by and through her undersigned counsel, and in response to this Honorable Court's Order to Show Cause, and states as follows:

1. Plaintiff and defendants counsel have been in contact since plaintiffs filed their case.

2. Plaintiff's counsel confirmed to defendants' counsel that plaintiffs would file an amended complaint.

3. Plaintiffs have since filed her Amended Complaint and defendants will now file any response.

4. Plaintiffs have always had the intent and plan to prosecute their claims and were in communication with defendants' counsel who was aware that plaintiffs intended to prosecute this case.

5. No parties have been prejudiced in this matter.

WHEREFORE, based on the foregoing, plaintiffs respectfully request that this case not be dismissed for failure to prosecute.

          Respectfully submitted,

          DuBOFF & ASSOCIATES, CHARTERED

By:    <u>Donna Williams Rucker   /s/</u>
        Donna Williams Rucker, 44613
        8401 Colesville Road, Suite 501
        Silver Spring, Maryland
        (301) 495-3131
        (301) 587-1872

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Civil Division)

SHARMAYNE COSBY, et al.,            :

Plaintiffs,                         :

v.                                  :         Civil Action No. 07-258 (RWR)

                                    :
FRANCIS D. BURKE, et al.,
                                    :
Defendants.
_____      :

**ORDER**

**UPON CONSIDERATION** of the foregoing Response to Order to show Cause, the information contained therein, and the record herein, it is this _____ day of _____, 2007,

**ORDERED**, that plaintiffs' case will not be dismissed for failure to prosecute.

**SO ORDERED.**

_____
Richard W. Roberts
United States District Judge