Click Here & Upgrade
Expanded Features
Unlimited Pages
PDF Complete

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| SHARMAYNE COSBY, et al., : | |
| Plaintiffs, | |
| v. | Civil Action No.: 1: 07-CV-258 (RWR) |
| FRANCIS D. BURKE, et al., | Judge Richard W. Roberts |
| Defendants. | |

_____

### ANSWER TO PLAINTIFFS' AMENDED COMPLAINT

Defendants, sued herein in their official capacity, as SA, Inc, Francis D. Burke, Henry C. Cashen, II, D. Richard Thissen, each alleged as d/b/a Southview Associates II, Southview II Apartments, Southview Apartments, Parkland East Apartments Associates, Parkland West,  with The Kriegsfeld Corp., Semadra Williams, and Michael Datcher, (hereinafter collectively as "Defendants") by and through their undersigned attorneys Michael A. Giacomazza and ROLLINS, SMALKIN, RICHARDS, & MACKIE L.L.C., submit this Answer to Plaintiffs' Amended Complaint for Damages and Equitable Relief and state as follows:

### NATURE OF THE CASE

To the extent that the allegations in the initial unnumbered paragraph of the Amended Complaint attempt to represent or summarize the allegations contained in the rest of the Amended Complaint, Defendants generally deny the allegations.

Click Here & Upgrade
Expanded Features
Unlimited Pages

PDF
Complete

## JURISDICTION AND VENUE

Unnumbered paragraph under the Jurisdiction and Venue heading of the Amended Complaint contains legal assertions or conclusions of law of to which no responsive pleading is required. Defendants generally deny the allegation of this second unnumbered Paragraph in that subject-matter jurisdiction is not proper.

## FACTS

1.      Defendants lack sufficient knowledge and information upon which to admit or deny the allegations contained in paragraph 1 of the Amended Complaint and therefore denies the same.

2.      Defendants lack sufficient knowledge and information upon which to admit or deny the allegations contained in paragraph 2 of the Amended Complaint and therefore denies the same.

3.      Defendants lack sufficient knowledge and information upon which to admit or deny the allegations contained in paragraph 3 of the Amended Complaint and therefore denies the same.

4.      Defendants lack sufficient knowledge and information upon which to admit or deny the allegations contained in paragraph 4 of the Amended Complaint and therefore denies the same.

5.      Defendants lack sufficient knowledge and information upon which to admit or deny the allegations contained in paragraph 5 of the Amended Complaint and therefore denies the same.

PDF Complete

Click Here & Upgrade
Expanded Features
Unlimited Pages

6.      Defendants lack sufficient knowledge and information upon which to admit or deny the allegations contained in paragraph 6 of the Amended Complaint and therefore denies the same.

7.      Defendants deny the allegations contained in paragraph 7 of the Amended Complaint.

8.      Defendants deny the allegations contained in paragraph 8 of the Amended Complaint.

9.      Defendants lack sufficient knowledge and information upon which to admit or deny the allegations contained in paragraph 9 and therefore denies them.

10.     Defendants lack sufficient knowledge and information upon which to admit or deny the allegations contained in paragraph 10 and therefore denies them.

11.     Defendants lack sufficient knowledge and information upon which to admit or deny the allegations contained in paragraph 11 and therefore denies them.

12.     Defendants lack sufficient knowledge and information upon which to admit or deny the allegations contained in paragraph 12 and therefore denies them.

13.     Paragraph 13 of the Amended Complaint contains legal assertions or conclusions of law to which no responsive pleading is required.

14.     Paragraph 14 of the Amended Complaint contains legal assertions or conclusions of law to which no responsive pleading is required, and to the extent the paragraph contains factual allegations, Defendants deny the same.

15.     Defendants lack sufficient knowledge and information upon which to admit or deny the allegations contained in paragraph 15 and therefore denies them.

Click Here & Upgrade
Expanded Features
Unlimited Pages
PDF Complete

16.     Defendants lack sufficient knowledge and information upon which to admit or deny the allegations contained in paragraph 16 and therefore denies them.

17.     Paragraph 17 of the Amended Complaint contains legal assertions or conclusions of law to which no responsive pleading is required, and to the extent the paragraph contains factual allegations, Defendants deny the same.

18.     Paragraph 18 of the Amended Complaint contains legal assertions or conclusions of law to which no responsive pleading is required.

19.     Paragraph 19 of the Amended Complaint contains legal assertions or conclusions of law to which no responsive pleading is required, and to the extent the paragraph contains factual allegations, Defendants deny the same.

20.     Paragraph 20 of the Amended Complaint contains legal assertions or conclusions of law to which no responsive pleading is required, and to the extent the paragraph contains factual allegations, Defendants deny the same.

The unnumbered paragraph that follows Paragraph 20, is a Prayer for Relief to which no responsive pleading is required, but to the extend the unnumbered paragraph contains factual allegations, Defendants deny the unnumbered Paragraph in its entirety.

## COUNT I
### (DISCRIMINATION BASED ON THE AMERICAN'S WITH DISABILITIES ACT)

21.     In response to paragraph 21, Defendants repeat their answers to paragraphs 1-20 of the Amended Complaint as if fully stated herein.  If further answer be required, the allegations in paragraph 21 are denied.

22.     Defendants lack sufficient knowledge and information upon which to admit or deny the allegations contained in paragraph 22 and therefore denies them.



23.    Defendants lack sufficient knowledge and information upon which to admit or deny the allegations contained in paragraph 23 and therefore denies them.

24.    Paragraph 24 of the Amended Complaint contains legal assertions or conclusions of law to which no responsive pleading is required, and to the extent the paragraph contains factual allegations, Defendants deny the same.

25.    Paragraph 25 of the Amended Complaint contains legal assertions or conclusions of law to which no responsive pleading is required, and to the extent the paragraph contains factual allegations, Defendants deny the same.

26.    Defendants deny the allegations in paragraph 26 of the Amended Complaint.

27.    Paragraph 27 of the Amended Complaint contains legal assertions or conclusions of law to which no responsive pleading is required, and to the extent the paragraph contains factual allegations, Defendants deny the same.

28.    Paragraph 28 of the Amended Complaint contains legal assertions or conclusions of law to which no responsive pleading is required, and to the extent the paragraph contains factual allegations, Defendants deny the same.

The unnumbered paragraph that follows Paragraph 28, is a Prayer for Relief to which no responsive pleading is required, but to the extend the unnumbered paragraph contains factual allegations, Defendants deny the unnumbered Paragraph is its entirety.

### COUNT II
**(NEGLIGENCE)**

29.    In response to incorrectly numbered Paragraph 26, which should be correctly numbered as Paragraph 29, Defendants repeat their answers to paragraphs 1-28

of the Amended Complaint as if fully stated herein.  If further answer be required, the allegations in corrected Paragraph 29 are denied.

30.     In response to incorrectly numbered Paragraph 27, which should be correctly numbered as Paragraph 30 of the Amended Complaint contains legal assertions or conclusions of law to which no responsive pleading is required, and to the extent the paragraph contains factual allegations, Defendants deny the same.

31.     In response to incorrectly numbered Paragraph 28, which should be correctly numbered as Paragraph 31 of the Amended Complaint contains legal assertions or conclusions of law to which no responsive pleading is required, and to the extent the paragraph contains factual allegations, Defendants deny the same.

32.     In response to incorrectly numbered Paragraph 29, which should be correctly numbered as Paragraph 32 of the Amended Complaint contains legal assertions or conclusions of law to which no responsive pleading is required, and to the extent the paragraph contains factual allegations, Defendants deny the same.

33.     In response to incorrectly numbered Paragraph 30, which should be correctly numbered as Paragraph 33 of the Amended Complaint contains legal assertions or conclusions of law to which no responsive pleading is required, and to the extent the paragraph contains factual allegations, Defendants deny the same.

34.     In response to incorrectly numbered Paragraph 31, which should be correctly numbered as Paragraph 34 of the Amended Complaint contains legal assertions or conclusions of law to which no responsive pleading is required, and to the extent the paragraph contains factual allegations, Defendants deny the same.

Defendants deny the allegations in improperly numbered paragraph 30, properly numbered paragraph 34, of the Amended Complaint.

The unnumbered paragraph that follows incorrectly numbered Paragraph 31. which should correctly read Paragraph 34, is a Prayer for Relief to which no responsive pleading is required, but to the extent the unnumbered paragraph contains factual allegations, Defendants deny the unnumbered Paragraph is its entirety.

## AFFIRMATIVE DEFENSES

Defendants allege the following affirmative defenses to the Plaintiffs' Amended Complaint. In asserting these affirmative defenses, Defendants do not assume the burden to established any fact or proposition where that burden is properly imposed on Plaintiffs.

1.      The Amended Complaint fails to state a claim upon which relief can be granted.

2.      Plaintiffs' claims are barred, either in whole or part, by the absence of subject matter jurisdiction, and do not fall within the subject matter jurisdiction of the Court.

3.      Plaintiffs were not injured and damaged as alleged and are not entitled to the relief sought.

4.      Plaintiffs' alleged  injuries and damages, if any, resulted from their own wrongful or illegal conduct.

5.      Plaintiffs' alleged injuries and damages, if any, result from the intentional actions and/or inactions of a third person or entity not under the control of these defendants, or resulted from plaintiffs' own actions or inactions.

6.      Plaintiffs' alleged injuries and damages, if any, result from events and circumstances outside of the control or actions of these defendants or their employees.

7.      Plaintiffs' alleged injuries and damages, if any, are idiosyncratic in nature.

8.      Plaintiffs have not pled, and cannot prove, facts or allegations sufficient to constitutes violations of any of the various statutes cited in their Amended Complaint.

9.      Plaintiffs' suit is barred by the statute of limitations.

10.      Plaintiffs have failed to plead sufficient facts to establish a right to recover under the American with Disabilities Act and/or The Fair Housing Act.

11.      Plaintiffs lack constitutional standing to maintain the claims asserted in the Amended Complaint.

12.      Plaintiffs' claims are barred, either in whole or part, because the American with Disabilities Act is unconstitutional.

13.      Plaintiffs' claims are barred, either in whole or part, because the Fair Housing Act is unconstitutional.

14.      Defendants respond to each of the numbered allegations in the Amended Complaint as set forth above, and deny each and every allegation that is not specifically admitted.

15.      Defendants presently have insufficient knowledge or information on which to form a belief as to whether Defendants may have additional, as yet unstated, defenses available. Defendants reserve the right to assert additional defenses that are revealed by further investigation or discovery.



## **PRAYER**

WHEREFORE, Defendants pray for judgment or relief against the

Plaintiffs as follows:

   a)    That the claims against Defendants be dismissed with prejudice,

and that Plaintiffs recover nothing;

   b)    That Defendants be awarded its attorneys' fees, costs, and

disbursement incurred in defending this matter; and

   c)    Such other and further relief, including declaratory, equitable and

damages, as this Court deems proper.


Respectfully Submitted,

ROLLINS, SMALKIN, RICHARDS & MACKIE, LLC


   /S/    Michael A. Giacomazza

Michael A. Giacomazza, Esquire (Bar No. 462435)
401 N. Charles Street
Baltimore, Maryland 21201

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

SHARMAYNE COSBY, et al., :

Plaintiffs, :

v. :                                           Civil Action No.: 1: 07-CV-258 (RWR)
:
FRANCIS D. BURKE, et al.,
:
Defendants.
_____

## CERTIFICATE OF SERVICE

Defendant certifies that on this 10th day of August, 2007 a copy of the foregoing

Answer to Plaintiffs' Amended Complaint was sent via U.S Mail to:

      Donna Williams Rucker Esquire
      DuBoff & Associates, Chartered
      8401 Colesville Road, Suite 501
      Silver Spring, Maryland 20910
      Attorneys for Plaintiffs

                                         _____
                                         /s/
                                 Michael A. Giacomazza (Bar No. 462435)