UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| SHARMAYNE COSBY, et al., | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: 1: 07-CV-258 (RWR) |
| FRANCIS D. BURKE, et al., | * | Judge Richard W. Rogers |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**DEFENDANT, KRIEGSFELD CORPORATION'S**
**CERTIFICATE OF SERVICE OF DISCOVERY MATERIAL**

I hereby certify that on this **17th day of December, 2007**, Defendant, Kriegsfeld Corp.'s Interrogatories to Plaintiffs, Jenarvis Cosby and Sharmayne Cosby and Request for Production of Documents to Plaintiffs, was mailed postage pre-paid to their counsel:

**Donna Williams Rucker, Esq.**
**DUBOFF & ASSOCIATES CHARTERED**
**8401 Colesville Road**
**Suite 501**
**Silver Spring, Maryland 20910**

Respectfully submitted,

**ROLLINS, SMALKIN, RICHARDS & MACKIE**

_____/s/_____
Michael A. Giacomazza, Esquire
Bar Number: 462435
401 North Charles Street
Baltimore, Maryland 21201
410-727-2443

Attorney for Defendants