IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| **SHARMAYNE COSBY,** : | |
| **Plaintiff,** : | |
| | Case No.:1:07 CV258(RWR) |
| v. : | Next Event: Defendant's 26(a)(2) Report Due |
| **FRANCIS D. BURKE, et al.,** : | |
| **Defendants.** : | |

_____

**CONSENT MOTION FOR EXTENSION OF TIME
FOR PLAINTIFF TO FILE RULE 26(a)(2)(B) REPORT
AND JOIN ADDITIONAL PARTIES**

**COMES NOW** the Plaintiff, Sharmayne Cosby, by and through her undersigned counsel, and respectfully requests, with defendants' consent, additional time for plaintiff file her Rule 26(a)(2)(B) Report ("Report"), and join parties and in support therefor, states as follows:

1.  Pursuant to the Scheduling Order issued in this case, plaintiff's Rule 26(a)(2)(B) Report ("Report") and the joining of additional parties should be filed on or before December 26, 2007.

2.  Neither plaintiff, nor defendant has sought any extensions in this matter to date.

3.  Plaintiff requires additional time, until February 26, 2008, to submit her Report(s), and until January 26, 2008, to join additional parties, if any.

4.  Plaintiff has consulted with several experts and due to the respective schedules plaintiff has been unable to obtain the required Report(s) by today.

5.  Plaintiff believes that the Report(s) can be prepared and filed on or before February 26, 2007.

6.  Prior to filing this motion, Plaintiff spoke with defendants' counsel and he has consented to the relief requested.

7.  No parties will be prejudiced if plaintiff is granted the additional time requested.

8. The additional time will also give the parties time to explore the resolution of several matters pertaining to the case, and allow plaintiff to consider joining and/or releasing parties.

**WHEREFORE**, plaintiff respectfully prays that this Honorable Court grant her until February 26, 2008 to submit her 26(a)(2)(B) Report, and grant plaintiff until January 26, 2008, to join additional parties, and such other and further relief as deemed just and proper.

Respectfully submitted,

DuBOFF & ASSOCIATES, CHARTERED

By: /s/ Donna Williams Rucker/_____
Donna Williams Rucker, Bar No. #446713
DuBOFF & ASSOCIATES, CHARTERED
8401 Colesville Road, Suite 501
Silver Spring, MD  20910
(301) 495-3131 (office)
(301) 587-1872 (facsimile)

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, that a copy of the foregoing Consent Motion for Extension of Time for Plaintiff to File Her Rule 26(a)(2)(B) Report is scheduled to be sent to counsel for defendant, Michael A. Giacomazza, Esq., counsel for the defendants, this 26th day of December 2007, via the Court's ECF system

/s/ Donna Williams Rucker_____
Donna Williams Rucker

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| **SHARMAYNE COSBY,** | : | |
| **Plaintiff,** | : | |
| v. | : | **Case No.:1:07 CV258(RWR)**<br>Next Event: Defendant's 26(a)(2) Report Due |
| **FRANCIS D. BURKE, et al.,** | : | |
| **Defendants.** | : | |

_____

## PROPOSED ORDER

**UPON CONSIDERATION** of the foregoing Consent Motion for Extension of Time for Plaintiff to file Her Rule 26(a)(2)(B) Report, the information contained therein, and the record herein, it is this _____ day of _____, 200__,

**ORDERED,** that plaintiff has until February 26, 2008, to file her Rule 26(a)(2)(B) Report. It is further,

**ORDERED**, that the following represents the discovery schedule in this case:

| | |
|---|---|
| Joinder of parties; amended complaint | January 26, 2008 |
| Proponent's expert witness designations | February 26, 2008 |
| Opponents expert witness designations | March 56, 2008 |
| <u>All</u> discovery closed | April 25, 2008 |
| Dispositive motions | May 31, 2008 |

_____   _____
Entered                                   Richard W. Roberts
                                                U.S. District Court for the District of Columbia