IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| **SHARMAYNE COSBY,** : | |
| Plaintiff, : | |
| v. : | Case No.:1:07 CV258(RWR) |
| | Next Event: Defendant's 26(a)(2)(B) Report due |
| **FRANCIS D. BURKE, et al.,** : | |
| Defendants. : | |

_____

## PLAINTIFF'S 26(a)(2)(B) DISCLOSURES

Plaintiff, Sharmayne Cosby, by and through counsel, DuBoff & Associates, Chartered, and Donna Williams Rucker hereby submits the following:

Dr. Richard Palmer (Internal Medicine)
1328 Southern Avenue, S.E.
Washington, D.C.  20032
202-562-0400

It is expected that Dr. Palmer will testify that he treated plaintiff some years ago and that she suffered with a disability, a lung condition, Pulmonary Sarcoidosis, and that plaintiff was also seen by also was being seen on regular intervals at one point by a Pulmonologist at Georgetown University Medical Center.  Dr. Palmer is also expected to testify that he prepared letters to the office manager at the Southview II Apartments in 2000, advising that plaintiff's medical condition was exacerbated by a persistent moist environment and that it would be beneficial to her health if the condition could be corrected in the near future, and also that there was a request, two years later, to relocate plaintiff because remaining in the wet and moist environment would cause recurrent exacerbations of wheezing and will eventually be detrimental to plaintiff's health.  Dr.

Palmer will also testify regarding any medical records he has reviewed in this matter.  Dr. Palmer will base his opinions on his experience and training as well as his examination, treatment and medical history of the Plaintiff.   Dr. Palmer's Curriculum Vitae and signed report have been requested and will be provided.

>James A. Mutcherson, Jr., M.D., P.A., Chtd.
>2041 Martin Luther King Jr. Ave., SE
>Washington, D.C.  20020
>(202) 678-5644

It is expected that Dr. Mutcherson will testify that the Plaintiff was diagnosed with Allergic Rhinitis and her treatment involved the use of symptomatic medications on a daily basis, the initiation of allergy injections and that a great amount of emphasis was placed on her environment.  He is also expected to testify that the plaintiff was cautioned to avoid a number of irritants, including dampness, and that plaintiff's home condition at the time was an irritant and that he prepared a letter to Kriegsfeld recommending that plaintiff be moved from her apartment unit.  Dr. Mutcherson will base his opinions on his experience and training as well as his examination, treatment and the medical history of the Plaintiff.   Dr. Mutcherson's Curriculum Vitae and signed report have been requested and will be provided.

>Dr. Susan Hasselquist (Pulmonary Specialist)
>2150 Pennsylvania Avenue, N.W.
>Washington, D.C.  20037
>202-741-2237

It is expected that Dr. Hasselquist will testify that plaintiff's lung condition would be exacerbated when exposed to mold, mildew or dampness.  Dr. Hasselquist is also expected to testify regarding her examination of plaintiff and any review of plaintiff's medical records.  Dr. Hasselquist will base her opinions on her experience and training as

well as her examination, treatment and medical history of the Plaintiff.  Dr. Hasselquist's Curriculum Vitae and signed report have been requested and will be provided.

>    Dr. Wayne Davis (Pulmonary Specialist)
>    2041 Georgia Avenue, N.W.
>    Washington, D.C.  20059
>    (202) 865-6798

It is expected that Dr. Davis will testify that plaintiff's has a disability based upon her lung condition; he is also expected to testify to regarding his treatment and state that plaintiff's condition was exacerbated due to the conditions present in her apartment she then occupied; he is also expected to testify that plaintiff's exposure to mold and mildew in her apartment exacerbated her condition.  Dr. Davis will base his opinions on his experience and training as well as her examination, treatment and medical history of the Plaintiff.  Dr. Davis' Curriculum Vitae and signed report have been requested and will be provided.

Greater Southeast Hospital
1310 Southern Avenue, SE
Washington, D.C.  20032
(202) 574-6757

It is expected that the doctors who provided emergency care an treatment to plaintiff will testify regarding the care and treatment rendered, plaintiff's medical history, the causes for the same and will testify as to any exacerbating factors.  The doctors will base their opinions on their experience and training as well as their examination, treatment and medical history of the Plaintiff.  Curriculum Vitaes will be provided when received.

3

Georgetown University Hospital
3800 reservoir Rd., NW
Washington, D.C.  20007
(202) 444-2000

It is expected that the doctors who provided emergency care an treatment to plaintiff will testify regarding the care and treatment rendered, plaintiff's medical history, the causes for the same and will testify as to any exacerbating factors.  The doctors will base their opinions on their experience and training as well as their examination, treatment and medical history of the Plaintiff.   Curriculum Vitaes will be provided when received.

Howard University Hospital
2041 Georgia Avenue, N.W.
Washington, D.C.  20059
(202) 865-6100

It is expected that the doctors who provided emergency care an treatment to plaintiff will testify regarding the care and treatment rendered, plaintiff's medical history, the causes for the same and will testify as to any exacerbating factors.  The doctors will base their opinions on their experience and training as well as their examination, treatment and medical history of the Plaintiff.   Curriculum Vitaes will be provided when received.

George Washington University
900 23rd Street, N.W.
Washington, D.C.  20037
(202) 715-4000

It is expected that the doctors who provided emergency care an treatment to plaintiff will testify regarding the care and treatment rendered, plaintiff's medical history, the causes for the same and will testify as to any exacerbating factors.  The doctors will base their opinions on their experience and training as well as their examination,

4

treatment and medical history of the Plaintiff. Curriculum Vitaes will be provided when received.

Hadley Memorial Hospital
4601 Martin Luther King Ave., SE
Washington, D.C. 20032
(202) 574-5700

It is expected that the doctors who provided emergency care an treatment to plaintiff will testify regarding the care and treatment rendered, plaintiff's medical history, the causes for the same and will testify as to any exacerbating factors. The doctors will base their opinions on their experience and training as well as their examination, treatment and medical history of the Plaintiff. Curriculum Vitaes will be provided when received.

                        Respectfully submitted,
                        DuBOFF & ASSOCIATES, CHARTERED

By:   /s/ Donna Williams Rucker/_____
       Donna Williams Rucker, Bar No. #446713
       8401 Colesville Road, Suite 501
       Silver Spring, MD 20910
       (301) 495-3131 (office)
       (301) 587-1872 (facsimile)

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, that a copy of the foregoing Plaintiff's Rule 26(a)(2)(B) Report was served via the Court's ECF system on counsel for defendants, 27th day of February 2008.

                        /s/ Donna Williams Rucker_____
                        Donna Williams Rucker