UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Civil Division)

| | |
|---|---|
| SHARMAYNE COSBY, et al., : | |
| Plaintiffs, : | |
| v. : | Civil Action No. 07-258 (RWR) |
| : | |
| FRANCIS D. BURKE, et al., : | |
| Defendants. : | |
| _____ : | |

**<u>LINE</u>**

COMES NOW, plaintiff, by and through her undersigned counsel, and respectfully advises this Honorable Court that defendant's have consented to plaintiff's motion for extension of time to file her Rule 26(a)(2)(B) Report out of time, which was filed on February 27, 2008.

                        Respectfully submitted,

                        DuBOFF & ASSOCIATES, CHARTERED

By:   <u>/s/ Donna Williams Rucker</u>
        Donna Williams Rucker, 44613
        8401 Colesville Road, Suite 501
        Silver Spring, Maryland
        (301) 495-3131
        (301) 587-1872