UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| SHARMAYNE COSBY, et al., : <br><br> Plaintiffs, <br><br> v. <br><br> FRANCIS D. BURKE, et al., <br><br> Defendants. | Civil Action No.: 1: 07-CV-258 (RWR) |

### MOTION FOR PRO HAC VICE ADMISSION OF COUNSEL

Now comes Michael A. Giacomazza, counsel of record for the Defendant, and moves the Court for an Order permitting the Pro Hac Vice Admission of Patrick G. Cullen, Esquire as additional counsel for the Defendant, in accordance with local Rule 83.2(d), the following information is submitted.

1) The full name of the attorney is Patrick Giles Cullen.

2) Mr. Cullen's office address is 401 North Charles Street, Baltimore, Maryland 21201. His telephone number is (410) 727-2443.

3) Mr. Cullen has been admitted to the following Bars:

   a. The Court of Appeals for the State of Maryland 10-14-69.

   b. The United States Court of Military Appeals 5-26-94.

   c. The United States District Court for the District of Maryland 3-15-69.

   d. The United States Court of Appeals for the Fourth Circuit 3-23-70.

   e. The Supreme Court of the United States 6-18-87.

4) With reference to discipline by any Bar, Mr. Cullen states that approximately twenty years ago he was fined $20.00 for failure to appear at Conference at the United States District Court for the District of Maryland. The Conference had not been entered on Mr. Cullen's calendar and he was unaware of it.

5) Mr. Cullen has not been admitted Pro Hac Vice in this Court ever before.

6) Mr. Cullen does not engage in the practice of law from an office located in the District of Columbia.

**WHEREFORE**, the undersigned respectfully moves for the Pro Hac Vice admission of Patrick G. Cullen to participate in court proceedings in this matter.

Respectfully Submitted,

ROLLINS, SMALKIN, RICHARDS & MACKIE, LLC

/S/   Michael A. Giacomazza
Michael A. Giacomazza, Esquire (Bar No. 462435)
401 N. Charles Street
Baltimore, Maryland 21201

### CERTIFICATION OF COUNSEL

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct executed on this 1st day of April, 2008.

Respectfully Submitted,

ROLLINS, SMALKIN, RICHARDS & MACKIE, LLC

/S/   Patrick G. Cullen
Patrick G. Cullen
401 N. Charles Street
Baltimore, MD 21201-4405
(410) 727-2443

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

SHARMAYNE COSBY, et al., :

Plaintiffs,

v.

FRANCIS D. BURKE, et al.,

Defendants.

Civil Action No.: 1: 07-CV-258 (RWR)

## ORDER

Upon consideration of this Motion for Pro Hac Vice Admission of Counsel filed herein by Michael A. Giacomazza, Esquire, it is this _____ day of _____, 2008,

**ORDERED** by the Court:

That said, Patrick G. Cullen, Esquire, hereby is admitted to practice pro hac vice and shall be permitted to participate actively in the conduct of any trial or any pre-trial or post-trial proceeding before this Court in this action as shall be appropriate and necessary.

_____
JUDGE