UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| SHARMAYNE COSBY, et al., :<br><br>Plaintiffs,<br><br>v.<br><br>FRANCIS D. BURKE, et al.,<br><br>Defendants. | Civil Action No.: 1: 07-CV-258 (RWR) |

**UNOPPOSED MOTION FOR EXTENSION OF DEADLINES**

Now comes Michael A. Giacomazza, counsel of record for the Defendants, and moves the Court for an Order Extending the Current Discovery Deadlines for 90 days and postponing the Post-Discovery Conference with the Court now scheduled for April 29, 2008 and in support thereof states as follows:

1. On March 28, 2008 the undersigned counsel left the firm of Rollins, Smalkin, Richards & Mackie. Thereafter on April 1, 2008 I moved the pro hoc vice admission of Patrick G. Cullen, Esq. as counsel to take over the further handling of this file. I have been advised that Mr. Cullen has not been advised that an order was entered permitting his undertaking the defense of this matter.

2. As matters now stand, discovery is woefully incomplete. Defendants have completed a rough draft of interrogatories (that have yet to be executed) for the Kriegsfeld Corporation and a large number of documents were produced to Plaintiffs on April 9, 2008. No written responses to discovery requests made several months ago by

Plaintiffs have been prepared for the former employees/co-defendants of Kriegsfeld Corporation, one of whom cannot be located.

3. The defendants need to reschedule an independent medical examination. Plaintiffs twice cancelled deposition dates set for them.  The corporate designee deposition for Kriegsfeld Corporation has likewise been twice postponed.  The parties have scheduled depositions on both sides that as of this date need to be rescheduled.

4. This case is being defended under a reservation of rights from an insurance carrier. Under all the foregoing circumstances, the parties are talking settlement.

5. Based on the foregoing, the Court is asked the Court to extend the discovery deadline by ninety (90) days and postpone the post-discovery conference set for tomorrow.

Respectfully Submitted,

ROLLINS, SMALKIN, RICHARDS & MACKIE, LLC

　　/S/   Michael A. Giacomazza
Michael A. Giacomazza, Esquire (Bar No. 462435)
401 N. Charles Street
Baltimore, Maryland 21201
410-727-2443

CONSENT OF PLAINTIFFS

Plaintiffs hereby consent to the relief prayed to extend the discovery deadline and postpone the post-discovery conference.

_____
Donna Williams Rucker, Esq.  #446713
8401 Colesville Road, Suite 501
Silver Spring, Md 20910
Attorney for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division**

| | | |
|---|---|---|
| **SHARMAYNE COSBY,** | : | |
| **Plaintiff,** | : | |
| | | **Case No.:1:07 CV258(RWR)** |
| v. | : | **Next Event:** Defendant's 26(a)(2) Report Due |
| **FRANCIS D. BURKE, et al.,** | : | |
| **Defendants.** | : | |

: : : : : : : : : : : :

**PROPOSED ORDER**

**UPON CONSIDERATION** of the foregoing Unopposed Motion to Extend the Discovery Deadline, the information contained therein, and the record herein, it is this _____ day of _____, 2008,

**ORDERED,** that Motion to Extend is Granted, and it is further,

**ORDERED**, that the following represents the discovery schedule in this case:

| | |
|---|---|
| Joinder of parties; amended complaint | April 25, 2008 |
| Proponent's expert witness designations | May 26, 2008 |
| Opponents expert witness designations | June 27, 2008 |
| <u>All</u> discovery closed | July 28, 2008 |
| Dispositive motions | August 29, 2008 |

Entered_____

_____
Richard W. Roberts
U.S. District Court for the District of Columbia

3