**UNITED STATES DISTRICT**
**FOR THE DISTRICT OF COLUMBIA**
**Civil Division**

| | | |
|---|---|---|
| **SHARMAYNE COSBY, et al.,** | * | |
| | * | |
| **Plaintiffs,** | * | |
| | * | |
| **v.** | * | **Civil Action No.: 1: 07-CV-258 (RWR)** |
| | * | |
| **FRANCIS D. BURKE, et al.,** | * | |
| | * | |
| **Defendants.** | * | |

**CONSENT MOTION TO EXTEND DISCOVEY AND CONTINUE THE POST-
DISCOVERY STATUS CONFERENCE**

COMES NOW the Parties, by and through their respective counsel, pursuant to Rue 6(b)

of the Federal Rules of Civil Procedure, and files this instant Motion to Extend Discovery and

Continue the Post-Discovery Status Conference and in support of this Motion further states as

follows:

1.      Discovery is set to close in the above captioned matter on June 13, 2008.

2.      The Post-Discovery Status Conference is set for Tuesday, June 17, 2008.

3.      Rule 6(b) of the Federal Rules of Civil Procedure states that "When by these rules

or by a notice given thereunder or by order of court an act is required or allowed to be done at or

within a specified time, the court for cause shown may at any time in its discretion (1) with or

without motion or notice order the period enlarged if request therefor is made before the

expiration of the period originally prescribed or as extended by a previous order…".

4.      The parties are actively engaged in the process of discovery.  Depositions have

been noted and conducted and the parties are working together to schedule and complete the

remaining depositions and any outstanding written discovery.

5.    The Parties would respectfully request an extension of the discovery deadline and a continuance of the Post-Discovery Status Conference for 60 days.

6.    The Parties are in the course of discussing settlement and expect that additional time will help to facilitate this ongoing process.

7.    All parties consent to the relief requested herein.

8.    No party will be prejudiced should this Honorable Court grant this Consent Motion to Extend Discovery and Continue the Post-Discovery Status Conference.

WHEREFORE, The Parties respectfully moves this Honorable Court to Extend the Discovery Deadline and to Continue the Post-Discovery Status Conference for sixty days and for such other and further relief as this Honorable Court deems just necessary and appropriate.

Respectfully submitted,


By:    _/s/ *Donna Williams Rucker*_____
Donna Williams Rucker, Esquire (Bar #446713)
DuBoff & Associates, Chartered
8401 Colesville Road, Suite 501
Silver Spring, Maryland 20910
(301) 495-3131    Office
(301) 587-1872    Facsimile


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Consent Motion to Extend Discovery and Continue the Post-Discovery Status Conference was delivered via this Court's electronic case filing system, this 13th day of June, 2008, to: all counsel of record.


/s/ *Donna Williams Rucker*_____
Donna Williams Rucker, Esquire

**UNITED STATES DISTRICT**
**FOR THE DISTRICT OF COLUMBIA**
**Civil Division**

| | | |
|---|---|---|
| **SHARMAYNE COSBY, et al.,** | * | |
| | * | |
| **Plaintiffs,** | * | |
| | * | |
| **v.** | * | **Civil Action No.: 1: 07-CV-258 (RWR)** |
| | * | |
| **FRANCIS D. BURKE, et al.,** | * | |
| | * | |
| **Defendants.** | * | |

**PROPOSED ORDER**

UPON CONSIDERATION of the Parties Consent Motion to Extend Discovery and

Continue the Post-Discovery Status Conference, and the record herein, it is this _____ day of

_____, 2008,

ORDERED that the Parties Consent Motion to Extend Discovery and Continue the Post-

Discovery Status Conference be and hereby is GRANTED; and it is further

ORDERED that the Discovery closed deadline is the _____ day of _____, 2008

and the Post-Discovery Status Conference is at _____o'clock on the _____ day of

_____, 2008.

SO ORDERED.

_____
JUDGE RICHARD W. ROBERTS
United States District Court for
the District of Columbia

Copies to:

Donna Williams Rucker, Esquire
Via electronic filing

Patrick G. Cullen, Esquire (*Pro Hac Vice*)
Via electronic filing