UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| SHARMAYNE COSBY, et al | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No: 1:07-CV-258 (RWR) |
| FRANCIS D. BURKE, et al | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**<u>ENTRY OF APPEARANCE</u>**

To the Clerk of this court and all parties of record:

    Please enter the appearance of Kathleen M. Bustraan and Jennifer S. Lubinski as counsel in this case for: Francis D. Burke, SA, Inc., Henry C. Cahen, II and D. Richard Thissen.

_____
Kathleen M. Bustraan
Bar ID:  MD24417

_____
Jennifer S. Lubinski
Bar ID:  MD25160
Lord & Whip, P.A.
Charles Center South, 10th Floor
36 South Charles Street
Baltimore, Maryland  21201-3020
410-539-5881

00400455.DOC