UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| SHARMAYNE COSBY, et al | * |
| Plaintiffs | * |
| v. | *   Civil Action No: 1:07-CV-258 (RWR) |
| FRANCIS D. BURKE, et al | * |
| Defendants | * |

* * * * * * * * * * * * * * * * * * * *

**ENTRY OF APPEARANCE**

To the Clerk of this court and all parties of record:

Please enter the appearance of Kathleen M. Bustraan as counsel in this case for:

Francis D. Burke, SA, Inc., Henry C. Cahen, II and D. Richard Thissen.

_____
Kathleen M. Bustraan
Bar ID: MD24417
Lord & Whip, P.A.
Charles Center South, 10th Floor
36 South Charles Street
Baltimore, Maryland 21201-3020
410-539-5881

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 1st day of August, 2008, a copy of the foregoing Entry of Appearance was electronically filed and distributed to all counsel of record.

_____
Kathleen M. Bustraan

00400475.DOC