UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| SHARMAYNE COSBY, et at., | * |
| Plaintiffs, | * |
| v. | *    Civil Action No.: 1: 07-CV-258 (RWR) |
| FRANCIS D. BURKE, et al., | * |
| Defendants | * |

## MOTION TO WITHDRAW APPEARANCE

Andrew T. Nichols, Esquire, Patrick G. Cullen, Esquire and Rollins, Smalkin, Richards & Mackie, LLC, respectfully move to strike their appearance as counsel for the following entities: Francis D. Burke, SA, Inc., Henry C. Cashen, II, and D. Richard Thissen. The basis for this Motion is that the parties in question have asserted that a conflict of interest requires that they be represented by other counsel. Other counsel have entered their appearances in the case for those Defendants.

Respectfully submitted,

ROLLINS, SMALKIN, RICHARDS & MACKIE, LLC

_____/S/_____
Patrick G. Cullen, Esquire
401 North Charles Street
Baltimore, MD 21201
410-727-2443

_____/S/_____
Andrew T. Nichols, Esquire (Bar No. 978866)
401 North Charles Street
Baltimore, MD. 21201
410-727-2443
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| SHARMAYNE COSBY, et at., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Civil Action No.: 1: 07-CV-258 (RWR) |
| | * | |
| FRANCIS D. BURKE, et al., | * | |
| | * | |
| Defendants | * | |

## ORDER

Upon consideration of the Motion filed on behalf of Andrew T. Nichols, Esquire, Patrick G. Cullen, Esquire and Rollins, Smalkin, Richards & Mackie, LLC, regarding the conflict of interest in representing a) Francis D. Burke, b) SA, Inc., c) Henry C. Cashen, II, and d) D. Richard Thissen, it is this _____ day of _____, 2008 by the United States District Court for the District of Columbia

**ORDERED** that their appearances be and are hereby stricken for those specifically named Defendants ONLY.

_____
JUDGE