UNITED STATES DISTRICT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| **SHARMAYNE COSBY, et al.,** | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Civil Action No.: 1: 07-CV-258 (RWR) |
| | * | |
| **FRANCIS D. BURKE, et al.,** | * | |
| | * | |
| Defendants. | * | |

## CONSENT MOTION TO RESET STATUS CONFERENCE

COMES NOW the Parties, by and through their respective counsel, pursuant to the Federal Rules of Civil Procedure, files this instant Consent Motion to Reset the Status Conference and in support of this Motion further states as follows:

1. Per this Court's Order a Status Conference is set for Monday, September 8, 2008 at 9:30 AM in Courtroom 6 before Magistrate Judge Facciola.

2. On September 8, 2008 Plaintiff's counsel has a previously set trial in the case of Littman v. Cacho, case number 2003 DRB 3197 in the Family Division of the Superior Court for the District of Columbia.

3. All parties, by and through counsel, consent to the relief requested herein.

4. No party will be prejudiced should this Honorable Court grant this Consent Motion to Reset the Status Conference.

WHEREFORE, The Parties respectfully move this Honorable Court to Reset the Status Conference for a date convenient to the Court and for such other and further relief as this

Honorable Court deems just necessary and appropriate.

                                                Respectfully submitted,

                       By:      /s/ *Donna Williams Rucker*
                              Donna Williams Rucker, Esquire (Bar #446713)
                              DUBOFF & ASSOCIATES, CHARTERED
                              8401 Colesville Road, Suite 501
                              Silver Spring, Maryland 20910
                              (301) 495-3131    Office
                              (301) 587-1872    Facsimile

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a copy of the foregoing Consent Motion to Reset the Status Conference was delivered via this Court's electronic case filing system, this 19th day of June, 2008, to: all counsel of record.

                              /s/ *Donna Williams Rucker*
                              Donna Williams Rucker, Esquire

UNITED STATES DISTRICT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| **SHARMAYNE COSBY, et al.,** | * |
| | * |
|     **Plaintiffs,** | * |
| | * |
| v. | *   Civil Action No.: 1: 07-CV-258 (RWR) |
| | * |
| **FRANCIS D. BURKE, et al.,** | * |
| | * |
|     **Defendants.** | * |

**PROPOSED ORDER**

UPON CONSIDERATION of the Parties Consent Motion to Reset the Status Conference, and the record herein, it is this _____ day of _____, 2008,

ORDERED that the Parties Consent Motion to Reset the Status Conference be and hereby is GRANTED; and it is further

ORDERED that the Status Conference is at _____o'clock on the _____ day of _____, 2008.

SO ORDERED.

                                                                         _____
                                                                        JUDGE RICHARD W. ROBERTS
                                                                          United States District Court for
                                                                              the District of Columbia

Copies to:

Donna Williams Rucker, Esquire
Via electronic filing

Patrick G. Cullen, Esquire (*Pro Hac Vice*)
Via electronic filing

Jennifer S. Lubinski
Via electronic filing